No. 274, Misc. CECIL ET AL. *v.* UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. Petitioners *pro se. Solicitor General Rankin, Assistant Attorney General Wilkey* and *Beatrice Rosenberg* for the United States.

No. 281, Misc. DANIEL *v.* NEW YORK. Court of Appeals of New York. Certiorari denied.

No. 283, Misc. PENNSYLVANIA EX REL. SHARP *v.* CAVELL, WARDEN. Supreme Court of Pennsylvania. Certiorari denied.

No. 293, Misc. CANTRELL *v.* CALIFORNIA. Supreme Court of California. Certiorari denied.

No. 296, Misc. MORRIS *v.* NOWOTNY ET AL. Court of Civil Appeals of Texas, Third Supreme Judicial District, and Supreme Court of Texas. Certiorari denied.

No. 297, Misc. HESS *v.* ADAMS, WARDEN. Supreme Court of Appeals of West Virginia. Certiorari denied.

No. 305, Misc. SCOTT *v.* CALIFORNIA. C. A. 9th Cir. Certiorari denied.

No. 306, Misc. JOHNSON *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Rankin, Assistant Attorney General Wilkey* and *Beatrice Rosenberg* for the United States.

No. 314, Misc. DABNEY *v.* PENNSYLVANIA. Supreme Court of Pennsylvania. Certiorari denied. *David H. Kubert* for petitioner.